IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANTIAGO L. NAVARRO,

    Plaintiff,

vs.

COUNTRYWIDE HOME LOANS, INC.;
BANK OF AMERICA HOME LOANS;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.;
and DOES 1 through 50,

    Defendants.
_____/

No. CIV S-10-2848 JAM EFB PS

ORDER

        On December 23, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.  Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed December 23, 2010, are ADOPTED;

2. This action is remanded to the Superior Court of the State of California in and for the County of Sacramento.

DATED: March 3, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE